## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF PENNSYLVANIA

STATE OF NEW JERSEY
COUNTY OF MIDDLESEX, to wit:
Under Admiralty IN REM:
MINOR ESTATE OF, JERRY THOMAS KUBU
Beneficial owner and
Designated representative for
Kubu Jerry, Assignor
Principal/Assignor/ Claimant(s)

PETITION FOR

DECLARETORY JUDGMENT

UNDER PROTECTIVE ORDER
per FRCP Rule 26(c)(A)

Steven K. Eisenberg, Esquire (009221995)
Jacueline F. Mc Nally, Esquire (020402005)
David M. Lambropoulos, Esquire (040322006)
Salvatore Carollo, Esquire (0077012001)
Lucas M. Anderson, Esquire (014342011)
Justin M. Strausser, Esquire (090692014)
Stefanie Malone-Zeitz, Esquire (107872014)
Christopher M. Camporeale, Esquire (072082013)
Steven P. Kelly, Esquire (010032010)
Jessica N. Manis, Esquire (114562014)
Frank J. Keenan, Esquire (022041994)
Christopher A. Saliba, Esquire (161512016)
Brandon P. Accardi, Esquire (138802014)
Anthony P. Scali, Esquire (034182007)
Drew Karlberg, Esquire (181422016)
Mildred S. Scott acting as Sheriff of;
MIDDLESEX COUNTY SHERIFF DEPARTMENT et. al.
Arthur Bergman, J.S.C.
SUPERIOR COURT OF NEW JERSEY, CHANCERY DIVISION,
MIDDLESEX COUNTY et. al.
U.S. BANK NATIONAL ASSOCIATION, not in its
Individual capacity, but solely as Trustee of OWS, REMIC Trust 2013-2
SELENE FINANCIAL / U.S. BANK et. al,
Respondent(s)

## Claimants Original Petition for Declaratory Judgment

### Introduction

**Pursuant to:** Title 28, Sec. 1446 Constitution Article 3 Section 2

**COMES NOW**, First as Beneficial Ownership, and Designated Representative, Assignor For KUBU, JERRY-

1

THOMAS and Beneficial Owner and Designated Representative ("claimants(s)") to move this court to issue to Claimant(s) a Declaratory Judgment ("order" or "judgment") against STERN, EISENBERG & ASSOCIATES U.S. BANK NATIOINAL ASSOICATION, SELENE FINANCIAL, GREENPIONTet. al.; STERN EISENBERG & ASSOCIATES , PC et. al.; MIDDLESEX COUNTY SHERIFF DEPARTMENT et.al.; SUPERIOR COURT OF NEW JERSEY, CHANCERY DIVISION, MIDDLESEX COUNTY et. al., pursuant to violations of, without limitation, the Foreign Corrupt Practices Act (FCP Act), Racketeer Influenced and Corrupt Organizations (RICO Act); Trafficking of Persons (E.O. 13818, December 20, 2017); Identify Theft; False Claims Act, White Collar Crime inclusive without Limitation to, similar provisions with respect to similar fraud; anti-bribery Provisions of the FCPA now also apply to foreign firms and persons who cause, Directly or through agents\instrumentalities thereof, an act in furtherance of such a Corrupt payment to take place within the territory of the United States; casuistry, Money laundering; general abuse. Claimant(s) moves this court for a Declaratory Judgment or Decree and Declaratory Relief involving Claimant(s) SECURED which are and have been restrained and usurped by Respondent(s) and his/her COVET ACTS and not limited to the failure to ACT. Banks within district are subjected to anti-money laundering screening; aka restraint; and

## Negative Averment

**Rule 9(a)**: Violation against the ESTATE OF JERRY THOMAS KUBU File no. A0012631955, Middlesex County Superior Court of New Jersey failed to provide the Demand for the full accounting for th(e) account 0000919399 under docket no. F-47571-14, but, sought to extort funds of 1500.00 dollars and then be removed from said property 35 Arbor Street, Sewaren New Jersey 07077. By May 21st 2018, were man has an security interest; and

## Discovery Control Plan

Claimant(s) intends to conduct discovery under FRCP Rule 26(a)(1) and FRCP Rule 26(c)(A).

## Jurisdiction of Venue

This court has subject matter jurisdiction over this matter pursuant to 35 U.S.C. 31Inclusive with 28 U.S.C 2201 and the uniform Declaratory Judgment Act, U.S. CODE 2201, Chapter 151 of UNITED States Code and Chapter 85 of Tittle 28 1338; and

This court has personal jurisdiction over all Respondents because all Respondents are Organized in, residence of and\or have their principal offices in this judicial district, venue is proper in this court pursuant to chapter 87of Tittle 28 because Respondent(s) have a regular and established place of business in this Judicial District defined in 28 U.S. Code 451; notwithstanding the Respondents affiliating in and within the Federal Reserve District; and

## Further Jurisdiction

U.S. Department of Justice (DOJ) and U.S. Securities and Exchange Commission (SEC) by operation of law grant this court jurisdiction per the enactment Foreign Corrupt Practices Act. Regarding RICO, jurisdiction is proper per RICO ACT 1965 because Respondent(s) directly invested in, maintained an interest in, or Participated in a criminal enterprise affecting interstate or foreign commerce; and

## Disclosure for Claims against Unnamed Parties

If Respondent(s) claims that unnamed parties without limitations are at fault on a state/ agency/administrative level, Respondent(s) shall disclose identity of every such party and the basis of the allegation of fault [no later than 30 days before the joinder of additional parties deadline and 45 days before the Claimant's Expert Disclosure deadline]; and              **Statement of Claim**

Claimant(s) as the Beneficial Owner; Lessor; and Heir to SURNAME KUBU, firm discount house, do hereby claim any\all interest in any transaction, whether heretofore or hereinafter secured or unsecured be it tangible or intangible, corporeal or incorporeal, pertaining to SURNAME KUBU firm discount house; and

## Relief Sought

3

Claimant(s) claims restraint; injury; damage; and loss as a result of respondents' ACTS either or failure to ACT,

One chooses by knowledge, to Qualify among the [re]public, ruling a Person by transactions: or

chooses by belief, to qualify under democracy, vote for rulers over person by transfer of rights, and

not to the contrary one, has not waived any rights or immunities, one stand as principal not as channel property

but a living spirit, and that said property is returned to the rightful owner, all assets returned to the estate of

**JERRY THOMAS KUBU**,

**Whereas**, By knowledge, all have secured interest among any commercial transaction Pursuant to

Congressional Bankruptcy, suspending intrinsic value money and codified in Securities & Exchange act of 1933

and 1934, all take face value of instruments, also known as (aka), M1, PTA , promissory Note, bonds, warrants,

pay check, etc, and not the whole intrinsic value, which is Placed in an reserve account to remit at a later date;

issued through utility, Mortgage, car, (etc) state-ment by annexed detachable coupon as payable interest from

taking face value as a discount-bank, that must be converted into an electronic check to balance any account  to

zero. All bills are from Exchange act of 1933 and with proper endorsement to transfer payable interest from

coupon\check back to issuer of coupon\check to balance bill to zero, one, must be economic and Manage public

finances, for all finances deal with the public treasury, one cannot pay a debt with a debt, federal reserve notes

are instruments and are (t)he Government obligation because of 1933 Act. Federal Reserve notes are not a

United states Dollar (USD) which is silver & gold certificates back by gold or silver, USDs no longer circulate

in society but issue privately with a men (female or male), through a commercial bank, creates a bank

note/promissory note for USD, that USD gets swapped to Federal Reserve note, which balance out the trade to

Zero: therefore no loan be ever given, because no intrinsic value from lawful Money is exchanged; and

**WHEREFORE and IN WITNESS WHEREOF**, Claimant(s), as Beneficial Owner through State of

New Jersey, Department of Health, Registrar File No. **A0012631955**, For KUBU, JERRY and as

Beneficial Owner through State of New Jersey, Office of Vital Statistics and Registry for  hereby require the

court to issue a decree for ESTOPPEL Pursuant to 35 U.S.C. 315 (e); Notice and Acknowledgement is hereby given and adopted Claimant(s) BE UNDER THE NEW COVENANT OF GRACE. Man (female or male), before leaving this Earth [carnal things] is instructed to possess his vessel; to live in truth; righteousness; sanctification and honor; and

Claimant(s), in good faith, has attempted to fulfill a commercial transaction, and have exhausted all remedy under the Security and Exchange Act; Bill of Exchange Act; and the Assignment Act; with no relief.

**WHEREFORE and IN WITNESS WHEREOF,** Claimant(s), Beneficial Ownership through STATE OF NEW JERSEY Department of Health, Registrar File No. **A0012631955** For minor estate of JERRY T. KUBU hereby require this Court to issue a decree upon embezzlement, extortion of security instrument pursuant to18 U.S.C. 656.

## Claim for Relief Sought

For the fact, Claimant(s) comprehends to be true beneficial owner to full faith and Credit Certificate to bind United States to all commercial transactions by or Through U.S Bank National Association Federal Wire System, for the fact, that, all credit money be backed by (t)he full faith & credit, certificate to bear of (t)he united states as opposed to hard currency or gold\silver, claimant(s) comprehend fiduciary duty to discharge all debit\debt by proper endorsement, notwithstanding the aforesaid facts and, including the fact that, parties exchanged reciprocal credits, involving money of account and not money of exchange, no lawful money of intrinsic value is ever disbursed in commercial transaction, only a swap of credit, which cancels each other out, bringing balance to zero, general statement re Trade and Banker Acceptances………

## Prayer for Relief

**Pursuant to**; and under the direction of CONGRESS, Claimant(s) DEMAND PHH MORTGAGE CORPORATION et. al., either or SUPERIOR COURT OF NEW JERSEY, CHANCERY DIVISION, MIDDLESEX COUNTY et. al. one who acts as an intermediary: Licensed and able to execute trade on behalf

of Claimant(s) to perform his obligation under the Congressional Act of Bankruptcy Codified in:

1. the securities and exchange act of 1933 and 1934
2. the investment act of 1940
3. the assignment act of 1940
4. negotiable instrument act
5. bill of exchange act

It cannot be countermand: SELENE MORTGAGE CORPORATION et. al. Either or SUPERIOR COURT

CHANCERY DIVISION, MIDDLESEX COUNTY et.al. must prove its inability to perform a secured

transaction executed by security and exchange act of 1933 and 1934 on behalf of Claimant(s) to perform his

obligation on the books "secured transaction" on the Congressional Act of Bankruptcy.

Collateral is pledged on UCC-1; Said UCC-1 is mailed and delivered to Ms. Scott, c/o MIDDLESEX

COUNTY SHERIFF DEPARTMENT under certified mail number

_____Delivered March 19th 2018 at , with the status of "INDIVIDUAL

PICKED UP AT POSTAL FACILITY MIDDLESEX COUNTY SHERIFF,MILDRED SCOTT  NEW

JERSEY  ZIP CODE per USPS EL 924288161 US, received, Date:03/19/2018 Tracking Records Collateral is

pledged on UCC-1 and is mailed to SUPERIOR COURT OF NEW JERSEY  CHANCERY DIVISION,

MIDDLESEX COUNTY and remain in the possession of the United States Postal Service, Woodbury, New

Jersey 08901 under Priority Express Mail Number: Claimant(s) in good faith attempted to conduct transaction

in truth and rightness; and  (Property address: 35 Arbor Street
Sewaren, New Jersey 07077

*The Great Charter, The Said (Authorized KJV) Letters Patents is EXPRESSED Because hath appointed a day in which he will judge the world in righteousness by that man (female or male) whom he hath ordained; whereof he hath given assurance unto all men in that he hath raised him from the dead, - Acts 17:31 KJV Far thus saith he the LORD, Ye have sold yourselves for naught: and ye shall be redeemed without money"- Isaiah 52:3You shall not bear false witness against your neighbor, this principle includes all forms of lying and/or casuistry and likewise deceit, - Exodus.*

WHEREFORE and IN WITNESS WHEREOF I,_____living man that
One, the undersign affix my seal and signet with endorsement on this_____ day
Of__ May    11th    , 20 1 8

SIGNED, SEALED AND ENDORSED    }  BY: /s/ _____
                                }

IN PRESENCE OF:

}  Signer:Kubu, Jerry
}  Title: ASSIGNOR
}  Without Recourse
}  CESTUI QUE USE
}
}  ALL RIGHTS RESERVE

NOTARY PUBLIC

May 7th 2018

7